UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE HEINEMANN, | Case No. 12-cv-02469 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: VENUE TRANSFER** |
| v. | |
| M. WILLIAMS, | |
| Defendant. | |

The complaint alleges that the acts giving rise to this action occurred in Solano County, which is in the judicial district of the U.S. District Court, Eastern District of California. By September 19, 2012, plaintiff Heinemann must show cause in writing why this action should not be transferred to the Eastern District of California for the convenience of the parties and witnesses and in the interest of justice. *See* 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Date: August 22, 2012

*[signature]*

Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-02469 NC
ORDER TO SHOW CAUSE